# Defendant's Reply



Case # 08-CV-295 JMR

Your Honor,

(1) Defendant has only one cell phone repair shop on 247 W. Grant Rd Suite 2 Tucson, AZ 85705.

(2) Defendant repair and flash phones for all cell phone carriers including cricket.

(3) Defendant is an authorized dealer to sell Sprint, Nextel, Helio and boost mobile phones.

(4) Two months ago defendant bought a flag with a text written, " we flash cricket Phones" on the flag.

(5) Defendant put that flag in front of his repair shop.

(6) Defendant flashes and repairs Mobile phones for all cell phone companies including cricket.

(7) Cricket sent a letter to defendant not to use that flag.

(8) Defendant has stopped using that flag after that day.

(9) Plaintiff has filed this case only for that flag which was used for couple of Weeks.

(10) To my understanding defendant did not harm cricket in any way.

(11) Now plaintiff bring this case in the court because plaintiff and defendant's business names are Look-alike

(12) Defendant have got the business name under State of Arizona law.

# Background

Your Honor,

(13) Defendant is not a lawyer but he is an educated person.

(14) Defendant does not have any money to hire an attorney, that's why he is defending himself in this case.

(15) Defendant has only one cellular phone repair shop on 247 W. Grant Rd Suite 2 Tucson, AZ

(16) Defendant is a technician of repairing, flashing and unlocking phones since 2002.

(17) Most of the cricket, mobile and AT&T stores in Tucson send their customers to defendant for Repair, flash or unlock cellular phones.

(18) Defendant sells accessories for all cell phone carriers such as Sprint, Boost Mobile, Nextel, AT&T, Cingular, T-mobile, Virgin Mobile, Qwest, and Alltel.

(19) Defendant takes payments for over 400 utility companies (such as water, electric, cell phones, Cable, Internet, credit cards, car payments) as 3rd party in the United States.

(20) Defendant don't have to be authorized from those all 400 payees to accept payments and make payments as 3rd party.

(21) To accept payments, and make payments as 3rd party comes under my freedom. And Constitution of the United States guarantee that freedom

# Reply to Causes of Action

(Trademark infringement-15 U.S.C. 1114(1))
**Trademark Infringement, unfair competition and false designation of origion-15 U.S.C 1125(a))**
(Common Law Trademark Infringement) ,    (Unfair Competition)

(22) Defendant is not using cricket logo or trademark.

(23) Defendant is not a cricket dealer and defendant has never told to anyone that he is a cricket Dealer.

(24) Defendant has never show any kind of affiliation or connection with cricket communications.

(25) Defendant and cricket communications are two separate companies who sell different Products and services.

(26) Defendant cannot activate phones on cricket activation system (CINDI) because cricket Have not given such access to defendant.

(28) Defendant has no interest in selling cricket service at this time.

(29) Defendant has never claim or represented himself as a cricket dealer.

(30) Defendant sells accessories for all cell phone carriers such as Sprint, Boost Mobile, Nextel, AT&T, Cingular, T-mobile, Virgin Mobile, Qwest, and Alltel.

(31) Defendant doesn't need cricket's permission to sell accessories for cricket phones.

(32) Defendant repair/flash and unlock phones for all carriers including Sprint, Boost Mobile, Nextel, AT&T, Cingular, T-mobile, Virgin Mobile, Qwest, and Alltel.

(33) Defendant doesn't need cricket's permission to reapir, flash or unlock cricket phones.

(34) Defendant takes payments for over 400 utility companies (such as water, electric, cell phones,

Cable, Internet, credit cards, car payments) as 3rd party in the United States.

(35) Defendant don't have to be authorized from those all 400 payees to accept payments and Make payments as 3rd party.

(36) To accept payments, and make payments as 3rd party comes under my freedom under the Constitution of the United States.

(37) Defendant has not harm plaintiff in any way.

(38) Plaintiff is misleading the court by providing false information and wasting valuable time of This honorable court.

# Conclusion

(1) Defendant is not using the plaintiff's logo or trademarks.

(2) Defendant have stop using the flag, which had logos of plaintiff on it.

(3) Defendant invites, plaintiff to visit his cell phone repair shop to see make sure that There are no logos or trade mark are being used by the defendant which are property Of Plaintiff.

(4) Defendant invites plaintiff to withdraw this case and visit my repair shop. And if they Find any logos or trademark which belong to plaintiff I will remove them Immediately.

(5) Defendant has painted his mini van with a sold color with no logos of plaintiff.

(6) Defendant has done more than enough to comply with plaintiff's requests/demands.

# Prayer for Relief

Wherefore, in consideration of the forgoing Abid Nazir respectfully requests to this court enter an order That

(a) Defendant is not using any plaintiff's logos or trademarks.

(b) Defendant don't need permission or authorization from plaintiff to

   Sell cellular accessories for cricket phones.

(c) Defendant doesn't need authorization or permission from plaintiff to

   Repair, flash or unlock Cricket phones or for cricket customers

(d) Defendant doesn't need authorization or permission from plaintiff to

   Accept payments as 3rd Party

(e) Plaintiff should immediately stop accusing the defendant for selling

   Stolen phones.

| Kricket | Bill Payment RECEIPT |
|---|---|
| 247 W. Grant Rd Suite 2 Tucson, AZ 85705<br>Phone 520-884-3426  Fax 520-884-4919 | RECEIPT #<br>Date: |

| CUSTOMER NAME | CUSTOMER PHONE # | NOTES |
|---|---|---|
|  |  | Bill Payment |

| QTY | PHONE MODEL | ESN # | CUSTOMER'S ADDRESS | UNIT PRICE | LINE TOTAL |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  | Subtotal |  |

| Credit Card # |  |  |  | SERVICE FEE |  |
|---|---|---|---|---|---|
| EXP Date | CVV | Auth # |  | TOTAL PAID |  |
| Customer DL # |  | $ |  | BALANCE DUE |  |

We are a 3rd party payment collector. Payment for your payee will be posted to your account within 24 hours.
$2.00 will be added as service fee to your balance on top of what you owe to your payee.

Your Honor,

Above is a Payment Receipt sample which we give to our Customers when They make Payment for any Payee.

# CERTIFICATE OF SERVICE

The undersigned certifies that the all copies of this reply were served to the Apposing counsel at the address listed below by first USPS Priority Mail on 3rd of June 3, 2008.

Richard A Halloran, Lewis and Roca LLP

40 North central Ave.

Phoenix, AZ 85004

X _____





**UNITED STATES POSTAL SERVICE** — **Click-N-Ship®**

usps.com  0103 8555 7493 4208 8923 0047 5000 0128 5004
$4.76
US POSTAGE

Commercial Base Pricing
06/03/08   0 lb 1 oz   Mailed from 85705   071V00552024

# USPS PRIORITY MAIL®

ABID NAZIR
KRICKET
247 W GRANT RD
SUITE 2
TUCSON AZ 85705-5532

SHIP TO: RICHARD A. HALLORAN, LEWIS AND ROCA LLP
40 N CENTRAL AVE
PHOENIX AZ 85004-4424

## ZIP - e/ USPS DELIVERY CONFIRMATION™



420 85004 9101 0385 5574 9342 0889 23

Electronic Rate Approved #038555749