FILED ___ LODGED
___ RECEIVED ___ COPY

APR 6 2009

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| **Abid Nazir, d/b/a GSM Cellular** ) | Case No. CV08-00295-JMR |
| Defendant, ) | |
| ) | **In Response to plaintiff's Motion** |
| vs. ) | **for summary Disposition** |
| Cricket Communications, Inc., ) | **&** |
| Plaintiff. ) | **Defendant's Motion For a** |
| ) | **Hearing with verbal arguments** |

Your Honor,

      Defendant's moves to this court and seek for justice.

Your honor,

      Last hearing in this court when defendant was present.

Defendant and plaintiff were agreed for settlement conference in front of a magistrate judge.

In December 2008, defendant has to close his business at 247 W Grant Rd Suite 2 Tucson AZ 85705 because of not having funds to pay the rent.

Defendant contacted to plaintiff and informs that he (defendant) is no longer in business, so if they (plaintiff) want to save their and my time, let close this case.

By hearing this not only that, Plaintiff withdraw the motion for settlement conference also they send me a proposal (consent judgment and permanent injunction (I have attach the copy with this motion))

That proposal was nothing but just to admit all the things which I never did and they ask money for attorney fees.

1  In other words plaintiff wanted me to become my own judge and wanted me to

2  accept that I am guilty and wanted me to accept all the allegations.

3  I rejected that proposal immediately

4  Your honor

5          I can not keep up with plaintiff's notices and letters etc etc. I just want

6  a hearing so I can settle everything in one hearing. Plaintiff can not prove anything

7  against me. They are just bluffing.

8  I want this hearing so I can show the real picture of this case to the court.

9

# Conclusion

Your honor

Defendant wants a hearing in this court where I can speak and defend

and express myself the way I can.

English is not my 1st language so I get lot of hard time to write.

I don't have money to hire and attorney who can represent me.

I hope this court will grant this motion for a hearing so I can exercise my

Constitutional rights to defend myself in this bluff case.

### CERTIFICATE OF SERVICE

I hereby certify that today on _6th Day of April_, I sent a copy of this
motion to plaintiff via USPS priority Mail. At following address

Andrew M Abrams
12390 El Camino Real
San Diego, California 92130

Abid Nazir

2